IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>IRINA MARKEVICH, ET AL.,<br><br>        Defendants. | CASE NO. 2:11-CR-490 JAM<br><br><br><br>ORDER |

   IT IS HEREBY ORDERED that Defendant Sergey Pukhkan and Counts Fifteen and Nineteen of the indictment in the above captioned case be dismissed without prejudice in the interest of justice.

Dated: 3/9/2015

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER                           1